Jennifer MAGONI–DETWILER,
Appellant

v.

**Richard W. BLOOMINGDALE, Chair Person Unemployment Compensation Board of Review; Eileen B. Melvin, Member Unemployment Compensation Board of Review; Larry Dunn, Member Unemployment Compensation Board of Review; William Hawkins, Member Unemployment Compensation Board of Review; Edward P. Rawlings, Claims Administrator; Stephen Schmerin, Secretary of Labor and Industry Commonwealth of Pennsylvania.**

No. 07–3712.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
LAR 34.1(a) Sept. 8, 2008.

Filed: Sept. 25, 2008.

Before: SCIRICA, McKEE and SMITH, Circuit Judges.

OPINION OF THE COURT

McKEE, Circuit Judge.

Jennifer Magoni–Detwiler appeals the dismissal of her amended complaint in the suit she brought against numerous defendants after she was denied unemployment compensation. For the reasons that follow, we will affirm.

In his thoughtful and well reasoned Memorandum, Judge Robreno thoroughly explained why this complaint could not survive the defendants' motion to dismiss. Since nothing need be added to the district court's careful analysis, we will affirm substantially for the reasons set forth in that Memorandum.